| DIST | OFF | DOCKET YR. NMBR | ORIG | FILE DATE | J | NATURE OF SUIT | | RULE 23 | DEMAND $1,000s | JUDGE | MAGISTRATE | COUNTY | JURY DEMAND? |
|------|-----|-----------------|------|-----------|---|----------------|---|---------|----------------|-------|------------|--------|--------------|
| 0758 | 3   | 07 0080         | 1    | 02/09/2007 | 3 | 410           |   | No      |                | 5804  | 58BC       | 55063  | No           |

CAUSE: Antitrust

## PLAINTIFF

- KOVACEVICH, JOSEPH

## DEFENDANTS

- LG PHILIPS LCD COMPANY LTD
- LG PHILIPS LCD AMERICA, INC.
- LG ELECTRONICS INC.
- ROYAL PHILIPS ELECTRONICS NV
- SAMSUNG ELECTRONICS CO., LTD.
- SAMSUNG SEMICONDUCTOR, INC.
- AU OPTRONICS CORPORATION
- AU OPTRONICS CORPORATION AMERICA
- CHI MEI OPTOELECTRONICS
- CHI MEI OPTOELECTRONICS USA, INC.
- SHARP CORPORATION
- SHARP ELECTRONICS CORPORATION
- TOSHIBA CORPORATION
- MATSUSHITA DISPLAY TECHNOLOGY CO., LTD.
- HITACHI LTD.
- HITACHI DISPLAYS, LTD.
- HITACHI AMERICA LTD.
- HITACHI ELECTRONIC DEVICES (USA), INC.
- SANYO EPSON IMAGING DEVICES CORPORATION
- NEC CORPORATION
- NEC LCD TECHNOLOGIES, LTD.
- IDT INTERNATIONAL LTD.
- INTERNATIONAL DISPLAY TECHNOLOGY CO., LTD.
- INTERNATIONAL DISPLAY TECHNOLOGY USA INC.
- CHUNGHWA PICTURE TUBES, LTD.
- HANNSTAR DISPLAY CORPORATION

## COUNSEL FOR PLAINTIFF

- MICHAEL L. STOKER
  JOHNS, FLAHERTY & RICE, S.C.
  205 FIFTH AVENUE SOUTH, SUITE 600
  P.O. BOX 1626
  LA CROSSE, WI 54602-1626
  (608) 784-5678
  for: KOVACEVICH, JOSEPH

- DANIEL E. GUSTAFSON
  GUSTAFSON GLUEK PLLC
  650 NORTHSTAR EAST
  608 SECOND AVENUE SOUT
  MINNEAPOLIS, MN 55402
  (612) 333-8844
  for: KOVACEVICH, JOSEPH

## COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT DOCKET                                          (REV. 3/89)

- ROBERT J. GRALEWSKI
  GERGOSIAN & GRALEWSKI LLP
  550 WEST C STREET, SUITE 1600
  SAN DIEGO, CA 92101
  (612) 230-0104
  *for:* KOVACEVICH, JOSEPH

- KENNETH A. WEXLER
  WEXLER TORISEVA WALLACE LLP
  ONE NORTH LASALLE STREET, SUITE 2000
  CHICAGO, IL 60602
  (312) 346-2222
  *for:* KOVACEVICH, JOSEPH

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 02/09/2007 | | NORTC, DISC. STMT., FILING FEE INVOICE, E-FILING FAQ, E-FILING ORDER, REQ. ELEC. COPIES, BBC ORDER RE: DISP. MOTIONS. |
| 02/09/2007 | | NONRANDOM ASSIGNMENT (RELATED CASE: 07-C-56-C) |
| 02/09/2007 | 001 | JS-44 |
| 02/09/2007 | 002 | COMPLAINT W/REQ. FOR CLASS ACTION; SUMMONS ISSUED. |
| 02/14/2007 | | FEE PAID. |
| 02/14/2007 | 003 | DISCLOSURE OF CORP. AFFIL. & FINAN. INT. BY PLTF. |
| 04/16/2007 | 004 | PLTF. STATUS LETTER ADVISING THIS TO BE MDL PROCEEDING. |
| 04/17/2007 | 005 | ORDER - COUNSEL TO SUBMIT STATUS LETTER ON THE FIRST BUSINESS DAY OF EACH MONTH UNTIL CASE TRANSFERRED TO MDL. (SLC) |
| 04/30/2007 | 006 | ORDER (UNCERTIFIED) TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA. |
| 05/15/2007 | 007 | ORDER (CERTIFIED) TRANSFERRING CASE TO NORTHEN DISTRICT OF CALIFORNIA. |