**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

October 22nd, 2007

Re:   MDL 07 – 1827 In re TFT-LCD (Flat Panel) Antitrust Litigation

Title of Case　　　　　　　　　　　　　　　　　　　Case Number
Joseph Kovacevich -v- LG Philips LCD Co. Ltd. et al.　　C.A. No. 07-80

Dear Sir/Madam:

　　　This is to advise you that the above entitled case has been transferred from the Western District of Wisconsin to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Susan Illston. We have given the action the individual case number **C07-5372 SI**.

　　　Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California. Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely yours,

　　　　　　　　　　　　　　　　　　　　　　　　　*Simone Voltz* (signature)

　　　　　　　　　　　　　　　　　　　　　　　　　Simone Voltz
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: Counsel
　　　MDL